JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; JOHNSON & JOHNSON CHOICE PLAN GROUP LONG TERM DISABILITY PLAN; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. 2:20-cv-09002 FMO(KSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown;

IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-09002 FMO(KSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: _____January 6, 2021_____      _____/s/_____

HON. FERNANDO M. OLGUIN
United States District Court Judge

1

Case No. 2:20-cv-09002 FMO(KSx)
ORDER GRANTING STIPULATION FOR
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE

175851.1